IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 16-20314

---

D.C. Docket No. 4:15-MC-2961

United States Court of Appeals
Fifth Circuit
**FILED**
November 16, 2017

Lyle W. Cayce
Clerk

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff - Appellant

v.

BDO USA, L.L.P.,

    Defendant – Appellee

United States District Court
Southern District of Texas
FILED

JAN 0 8 2018

David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas

Before STEWART, Chief Judge, and KING and DENNIS, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Jan 08, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 08, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 16-20314    EEOC v. BDO USA, L.L.P.
                            USDC No. 4:15-MC-2961

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      *Sabrina B. Short*
                           By: _____
                           Sabrina B. Short, Deputy Clerk
                           504-310-7817

cc:
      Ms. Ileana Margarita Blanco
      Ms. Rachel Cowen
      Ms. Susan L. Starr